AO91 (Rev 12/03)    Criminal Complaint                                  AUSA · P. Warner

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
**FILED**

Southern District of Texas McAllen Division

*January 05, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number:    7:25-po-01007

Timur Praliev
IAE
Kazakhstan 1993

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 4, 2025** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Timur Praliev was encountered by Border Patrol Agents near Roma, Texas, on January 4, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of Kazakhstan, who had entered the United States illegally on January 4, 2025 by crossing the Rio Grande River near Roma, Texas.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/ Juan Mendez-Soto, Border Patrol Agent
Signature of Complainant

Juan Mendez-Soto, Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

January 5, 2025 at 1:00 PM
Date

McAllen, Texas
City/State

J. Scott Hacker            Magistrate Judge
Name of Judge              Title of Judge

Signature of Judge